UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAY TA-CHIEH YEH,<br><br>      Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., GREEN TREE SERVICING, LLC, and others,<br><br>      Defendants. | Case No. 13-cv-03083 NC<br><br>**ORDER REQUESTING CHAMBERS COPIES**<br><br>Re: Dkt. No. 1 |

Plaintiff Jay Ta-Chieh Yeh must submit an unredacted copy of his complaint to chambers by July 26, 2013 at 5:00 p.m.

IT IS SO ORDERED.

Date: July 22, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge