1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAY TA-CHIEH YEH,<br><br>            Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A., GREEN<br>TREE SERVICING, LLC, and others,<br><br>            Defendants. | Case No. 13-cv-03083 NC<br><br>**ORDER REQUESTING CHAMBERS COPIES**<br><br>Re: Dkt. No. 1 |

     Plaintiff Jay Ta-Chieh Yeh must submit an unredacted copy of his complaint to chambers by July 26, 2013 at 5:00 p.m.

     IT IS SO ORDERED.

     Date: July 22, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge