1   Matthew Mellen (Bar No. 233350)
    Jessica Galletta (Bar No. 281179)
2   MELLEN LAW FIRM
    411 Borel Ave., Suite 230
3   San Mateo, CA 94402
    Telephone:    (650) 638-0120
4   Facsimile:    (650) 638-01258
    mellenlaw@yahoo.com
5
    Attorneys for Plaintiff:
6   JAY TA-CHIEH YEH

7
                    UNITED STATES DISTRICT COURT
8
9       NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

10
11  JAY TA-CHIEH YEH,                    CASE NO.    3:13-CV-03083-NC

12              Plaintiff,               Judge:   Hon. Nathaniel Cousins

13       vs.                             **JOINT STIPULATION TO CONTINUE CASE
                                         MANAGEMENT CONFERENCE
14  BANK OF AMERICA, N.A., a business    SCHEDULED FOR OCTOBER 2, 2013;
    entity; GREEN TREE SERVICING LLC,    [PROPOSED] ORDER AS MODIFIED**
15  a business entity, and DOES 1 through 100,
    inclusive,
16
                Defendants.
17
18
19
20
21
22
23
24
25
26
27
28
                                    1
─────────────────────────────────────────────────────────────────

Pursuant to the Civil Local Rules of the United States District Court for the Northern District of California and ADR Local Rules of the United States District Court for the Northern District of California, Rule 304(b), the parties, Plaintiffs YAH TA-CHIEH YEH, and Defendants BANK OF AMERICA, N.A. and GREEN TREE SERVICING LLC (collectively "Defendants"), hereby stipulate that:

1.      WHEREAS on July 2, 2013, Plaintiff filed his Complaint in the above-captioned court against Defendants and served the Complaint on each Defendant.

2.      WHEREAS on July 2, 2013, the Court scheduled this case for an October 2, 2013 Case Management Conference.

3.      WHEREAS on August 14, 2013, Defendants each filed respective Answers to Plaintiff's Complaint.

4.      WHEREAS the parties are exploring the possibility of an amicable solution to the matters contained in the instant action, the parties agree that a continuance of the Case Management Conference would allow the parties to further explore global resolution of the matters without the need of further litigation costs and court intervention.  Accordingly the parties stipulate and agree as follows:

**<u>STIPULATION</u>**

1.      The parties stipulate to a ninety day extension of time for the Case Management Conference

2.      The stay and extension will not result in prejudice to any party and is in the best interests of both the parties and Court

3.      Due to the reasons stated herein, the parties respectfully request that the Court grant the extension.

2

JOINT STIPULATION AND ~~PROPOSED~~ OREDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1    DATED:  September 25, 2013      Respectfully submitted,

2

3                                           SEVERSON & WERSON
                                          A Professional Corporation

4

5                                           By:        /s/ Thomas N. Abbott

6                                                      Thomas N. Abbott (*e-signature*
                                               *approved by counsel via email on September 25, 2013)*

7                                           Attorneys for Defendant GREEN TREE SERVICING

8                                           LLC

9

10   DATED:  September 25, 2013      Respectfully submitted,

11                                           AKERMAN SENTERFITT

12

13                                           By:        /s/ Taylor Broadhead

14                                                   Taylor Broadhead (*e-signature*
                                           *approved by counsel via email on September 25, 2013)*

15                                           Attorneys for Defendant Bank of America, N.A.

16

17   DATED:  September 25, 2013      Respectfully submitted,

18                                           MELLEN LAW FIRM

19

20                                           By:        /s/ Jessica Galletta

21                                                   Matthew Mellen

22                                                   Jessica Galletta

23                                           Attorneys for Plaintiff Jay Ta-Chieh Yeh

24

25

26

27

28

JOINT STIPULATION AND ~~PROPOSED~~ OREDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1

2

MODIFIED   **ORDER**

3

    This Court, having received and reviewed the stipulation of the parties referenced

4

immediately above, and finding good cause therefore, pursuant to the stipulation of the parties,

5

IT IS HEREBY ORDERED THAT:

6

   1.  The Case Management Conference currently scheduled for October 2, 2013 is hereby
December 18, 2013 at 10:00 a.m.

7

continued until ~~January 16, 2014~~.  Case Management Statements to be submitted by no later than
December 11, 2013.  Parties shall file their consent or declination by December 11, 2013.

8

~~January 9, 2014.~~

9

10

IT IS SO ORDERED

11

12

Dated:  _September 26_, 2013

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4