1  Matthew Mellen (Bar No. 233350)
   Jessica Galletta (Bar No. 281179)
2  MELLEN LAW FIRM
   411 Borel Ave., Suite 230
3  San Mateo, CA 94402
   Telephone:    (650) 638-0120
4  Facsimile:    (650) 638-01258
   mellenlaw@yahoo.com
5
   Attorneys for Plaintiff:
6  JAY TA-CHIEH YEH

7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

10

11 | JAY TA-CHIEH YEH,                          | CASE NO.    3:13-CV-03083-NC
12 |        Plaintiff,                          | Judge:   Hon. Nathaniel Cousins
13 |     vs.                                    | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 2, 2013;**
14 | BANK OF AMERICA, N.A., a business entity; GREEN TREE SERVICING LLC, a business entity, and DOES 1 through 100, inclusive, | ~~[PROPOSED]~~ **ORDER** AS MODIFIED
15 |
16 |        Defendants.                         |

1

Pursuant to the Civil Local Rules of the United States District Court for the Northern District of California and ADR Local Rules of the United States District Court for the Northern District of California, Rule 304(b), the parties, Plaintiffs YAH TA-CHIEH YEH, and Defendants BANK OF AMERICA, N.A. and GREEN TREE SERVICING LLC (collectively "Defendants"), hereby stipulate that:

1. WHEREAS on July 2, 2013, Plaintiff filed his Complaint in the above-captioned court against Defendants and served the Complaint on each Defendant.

2. WHEREAS on July 2, 2013, the Court scheduled this case for an October 2, 2013 Case Management Conference.

3. WHEREAS on August 14, 2013, Defendants each filed respective Answers to Plaintiff's Complaint.

4. WHEREAS the parties are exploring the possibility of an amicable solution to the matters contained in the instant action, the parties agree that a continuance of the Case Management Conference would allow the parties to further explore global resolution of the matters without the need of further litigation costs and court intervention.  Accordingly the parties stipulate and agree as follows:

**STIPULATION**

1. The parties stipulate to a ninety day extension of time for the Case Management Conference

2. The stay and extension will not result in prejudice to any party and is in the best interests of both the parties and Court

3. Due to the reasons stated herein, the parties respectfully request that the Court grant the extension.

2

JOINT STIPULATION AND ~~PROPOSED~~ OREDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | DATED:  September 25, 2013 | Respectfully submitted, |
| 2 | | |
| 3 | | SEVERSON & WERSON<br>A Professional Corporation |

By:      /s/ Thomas N. Abbott
            Thomas N. Abbott (*e-signature*
*approved by counsel via email on September 25, 2013*)

Attorneys for Defendant GREEN TREE SERVICING LLC

DATED:  September 25, 2013    Respectfully submitted,

AKERMAN SENTERFITT

By:      /s/ Taylor Broadhead
            Taylor Broadhead (*e-signature*
*approved by counsel via email on September 25, 2013*)

Attorneys for Defendant Bank of America, N.A.

DATED:  September 25, 2013    Respectfully submitted,

MELLEN LAW FIRM

By:      /s/ Jessica Galletta
            Matthew Mellen
            Jessica Galletta

Attorneys for Plaintiff Jay Ta-Chieh Yeh

1
2                              MODIFIED   **ORDER**
3        This Court, having received and reviewed the stipulation of the parties referenced
4    immediately above, and finding good cause therefore, pursuant to the stipulation of the parties,
5        IT IS HEREBY ORDERED THAT:
6        1.  The Case Management Conference currently scheduled for October 2, 2013 is hereby
                          December 18, 2013 at 10:00 a.m.
7    continued until ~~January 16, 2014~~.  Case Management Statements to be submitted by no later than
      December 11, 2013. Parties shall file their consent or declination by December 11, 2013.
8    ~~January 9, 2014~~.
9
10       IT IS SO ORDERED
11
12   Dated:   September 26 , 2013
13                                                                  
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                              4
     JOINT STIPULATION AND ~~PROPOSED~~ OREDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE