1  Matthew Mellen (Bar No. 233350)
   Jessica Galletta (Bar No. 281179)
2  MELLEN LAW FIRM
   411 Borel Ave., Suite 230
3  San Mateo, CA 94402
   Telephone:    (650) 638-0120
4  Facsimile:    (650) 638-01258
   mellenlaw@yahoo.com
5
   Attorneys for Plaintiff:
6  JAY TA-CHIEH YEH

7              UNITED STATES DISTRICT COURT

8      NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

9
   JAY TA-CHIEH YEH,                      Case No.: 3:13-CV-03083-NC
10
               Plaintiff,                 Hon. Nathanael Cousins, Ctrm. A, 15th Floor
11
        vs.                               [~~PROPOSED~~] **ORDER GRANTING THE**
12                                        **JOINT STIPULATION REGARDING**
   BANK OF AMERICA, N.A., a business      **DIMISSAL WITH PREJUDICE**
13 entity; GREEN TREE SERVICING LLC,
   a business entity, and DOES 1 through 100,
14
               Defendants.                Complaint Filed: July 2, 2013
15                                        Trial Date       September 29, 2014

16

17     Pursuant to the joint stipulation of dismissal executed by the parties and

18 Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED,

19 ADJUDGED AND DECREED:

20     1. The above entitled action is dismissed with prejudice;

21     2. Each party shall bear their owns fees and costs; and

22     3. The Court shall close its file.

23     **IT IS SO ORDERED.**

24

25

26 DATED: August __19__, 2014           _____
                                        Hon. United States Magistrate
27

28

GRANTED
Judge Nathanael M. Cousins

1
PROPOSED ORDER